IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CARLOS PAZ,

          Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

          Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1865

Opinion filed September 22, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Carlos Paz, pro se, Petitioner.

Rana Wallace, General Counsel, and Mark Hiers, Assistant General Counsel, Florida
Commission on Offender Review, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

LEWIS, WETHERELL, and JAY, JJ., CONCUR.